United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

RANDOLPH ALLEN,                              No. C 05-1922 WHA (PR)

10

11              Plaintiff,              **ORDER DISMISSING WITH
                                        LEAVE TO AMEND**

       vs.

12

Sergeant WARE, Lieutenant MOORE,
13   Lieutenant D. M. BENEDETTI,
     Counselor WILLIAMS, and Appeals
14   Coordinator W. B. CHILDRESS,

15              Defendants..

16   _____/

17          This is a civil rights case filed pro se by a state prisoner.  In the initial review order the

18   complaint was dismissed with leave to amend because the claims were "jumbled and

19   conclusory."  He was ordered to amend on the court's form for prisoner civil rights complaints,

20   in the hopes that would help him clarify his claims.  Plaintiff instead filed a complaint which is

21   not on the form.  It does not identify who is intended to be the defendants nor where they might

22   be found if service is ordered.  It also does not comply with the Court's order to clearly identify

23   who is intended to be the defendant on each claim.

24          Shortly after filing the amendment plaintiff filed another amended complaint, this time

25   on the form, but this one does not contain his claims – he simply complains that he is unable to

26   make copies and that he is unable to go to the law library because the prison is on lockdown.

27   Technically, this is presently the operative complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258,

28   1262 (9th Cir. 1992) (amended complaint completely replaces all previous complaints).

United States District Court

For the Northern District of California

1   Plaintiff has not complied with the Court's order, but in view of his contentions

2   regarding his inability to go to the law library and his difficulty in amending, he will be

3   afforded one more opportunity.

4   The complaint is **DISMISSED** with leave to amend within thirty days from the date this

5   order is entered, on the Court's form, stating clearly the basis for each claim as to each

6   defendant.  Plaintiff also must provide sufficient information that service could be obtained if it

7   is ordered; that is, he must provide as much information as to each defendant as he has, for

8   instance rank, job position, and institution.

9   If plaintiff does not amend within the time allowed, this case will be dismissed without

10   further leave to amend.

11   **IT IS SO ORDERED.**

12

13   Dated:  August ___3___, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\WHA\CR.05\ALLEN922.DWLTA2.wpd

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California