IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH ALLEN, | No. C 05-1922 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Sergeant WARE, Lieutenant MOORE, Lieutenant D. M. BENEDETTI, Counselor WILLIAMS, and Appeals Coordinator W. B. CHILDRESS, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. In an ordered entered on August 3, 2007, the Court dismissed the complaint for the second time and granted leave to amend within thirty days. Plaintiff has not amended. The case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September   13   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\ALLEN922.DSM.wpd